IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SHANE ROBERT SMITH,<br>　　　　　　Defendant. | **SEALED**<br><br>4:20CR _____ 3071<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2252(a)(4)(B) |

The Grand Jury charges that

## COUNT I

On or about August 20, 2019, in the District of Nebraska, the defendant, SHANE ROBERT SMITH, having been previously convicted of multiple offenses under the laws of the State of Nebraska relating to the possession of child pornography to wit: a conviction on February 21, 2014 for Possession of a Visual Depiction of Sexually Explicit Conduct in Case #CR13-21 in the District Court for Howard County, Nebraska and a conviction on March 6, 2014 for Visual Depiction of Sexually Explicit Acts Related to Possession in Case # CR13-620 in the District Court for Hall County, Nebraska, knowingly attempted to distribute any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT II

1

4:20 cr [illegible] 3071

On or about February 13, 2020, in the District of Nebraska, the defendant, SHANE ROBERT SMITH, having previously convicted of multiple offenses under the laws of the State of Nebraska relating to the possession of child pornography to wit: a conviction on February 21, 2014 for Possession of a Visual Depiction of Sexually Explicit Conduct in Case #CR13-21 in the District Court for Howard County, Nebraska and a conviction on March 6, 2014 for Visual Depiction of Sexually Explicit Acts Related to Possession in Case # CR13-620 in the District Court for Hall County, Nebraska, did knowingly possess one or more computer files and other matter which contained an image of child pornography, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct, said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer including images of child pornography, involving prepubescent minors or minors who had not attained 12 years of age.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

TESSIE L. SMITH
Assistant United States Attorney